In the Matter of the Application of THOMAS J. CUNNINGHAM for a Mandamus Order, Respondent, against CHARLES W. BERRY, Comptroller, and Others, Appellants.— Order granting motion to open default modified by striking out the provision granting costs of motion, and as so modified affirmed, without costs. No opinion. Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ., concur.

In the Matter of the Application of LYMAN DENISON to Revoke Letters of Administration Issued to SARAH MAHONEY on the Goods, Chattels and Credits of ELIZABETH KOCZEWSKY, Deceased. LYMAN DENISON, Appellant; SARAH MAHONEY, as Administratrix, etc., of ELIZABETH KOCZEWSKY, Deceased, Respondent.— Decree of the Surrogate's Court of Queens county dismissing petition to revoke letters of administration reversed on the law and the facts, with costs to both parties, payable out of the estate, petitioner's application for letters of administration as the next of kin of the decedent granted, and the matter remitted to the Surrogate's Court with direction to enter a decree accordingly. In our opinion the relationship of appellant as first cousin of decedent and as a nephew of both David Denison and Sylvester Denison has been established by a fair preponderance of the evidence, and respondent has not sustained the burden of proving the adoption of decedent by Louis and Mary Ann Koczewsky. Respondent is a second and not a first cousin of decedent, and the appellant has a prior right to letters of administration. Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ., concur.

In the Matter of the Application of CARMINE TORTORELLA and LOUISE TORTORELLA, His Wife, Appellants, against J. J. ROSSBOTTOM and Others, Constituting the Board of Appeals of the Unincorporated Section of the Town of Mamaroneck, Respondents.— Order dismissing certiorari proceeding unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.

EMMA KELLY and CHARLES KELLY, Appellants, v. THE STANLEY REALTY CORPORATION and CABLE RENE AYERT, Respondents.— On argument, order in so far as it grants defendants' motion to strike out parts of complaint reversed by consent and motion denied, plaintiffs stipulating that the answer of defendants already served be deemed to contain a denial of the allegations stricken out by the order from which the appeal is taken. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

TORKEL LARSEN, Respondent, v. HENRY DECKER and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.

ISAAC LEVIN, Appellant, v. SOL LEVIN FIXTURES CORPORATION and Others, Respondents, Impleaded with MINNIE LEVIN and Others, Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.

GIACINTO MERIGONE and Others, Respondents, v. HENRY L. SCHOTT, JR., and BERT SEELEY, Trading as SCHOTT & SEELEY, 158 Washington Street, Elmira, N. Y., Appellants.— Order denying defendants' motion for change of venue affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ., concur.